Free shipping on orders $35 or more

USA                                                                                    EN   ES



SHOP          FLAVORS   WHERE TO FIND                    JOIN
                                                          THE
                                                          CLUB
FOUNDER'S STORY   PARTNERSHIPS & AWARDS

# FOUNDER'S STORY



## THE FOUNDER'S STORY

I wanted a drink that had the ingredients I need and amazing flavor. No compromise on quality ingredients. So I went to work on a drink of my own.

**LEO MESSI**
**FOUNDER**

# THE NEED

| Exhibit |
| :---: |
| **B** |
| |

To achieve my goals, I learned that hydration plays a very important role. I have always had in mind to improve. I've always been about improvement, and wanted to find a drink with both amazing taste and the right ingredients.

But many drinks that are good for you taste bad. Many flavored drinks have high levels of unhealthy ingredients, so people who drink them consume more sugar, calories, artificial ingredients, and even caffeine than they realize. You shouldn't have to choose between better ingredients and better taste.

Our four sensational flavors: Orange d'Or, Miami Punch, Berry Copa Crush and Limón Lime League.

# THE ANSWER:
# POSITIVE HYDRATION

Más+ is a drink I have wanted for a long time, one I want to share with my family, friends, and the next generation. I believe everyone, not just elite athletes, deserves Positive Hydration: amazing taste, with natural flavors, no artificial sweeteners or colors. No caffeine.

No compromise on quality ingredients. Más+ was created to inspire everyone to enjoy more music, laughter, friends, family, to get more out of life.

**Did you know?**

That's why I named it Más+. It means "more" in Spanish. The + stands for even more positivity. Because in every part of my life, I always think and act positively.



Leo Messi and his wife Antonela comparing tasting notes at the Más+ product development facility.

I wanted a drink to inspire everyone to feel like a champion in every part of life.

To achieve my goals, I first had to learn the importance of health and hydration, I spent time searching but I just couldn't find one with both amazing taste and the right ingredients. So I went to work on a drink of my own. One with more of the flavors I love and a balanced blend of electrolytes, a drink I feel is better for my family and friends.

INTERVIEW

# WHY I DID THIS

WATCH

# EVERYONE DESERVES TO FEEL LIKE A CHAMPION IN EVERY

# PART OF THEIR LIFE.

## POSITIVE HYDRATION

A balanced blend of electrolytes, vitamins and antioxidants. With natural flavors, no artificial sweeteners or colors, and just 10 calories per 16.9 oz bottle. Positive inspiration from the achievements of the world's greatest soccer player. Unrivaled taste. No compromise on quality ingredients.









Leo, his wife Antonela, and his three sons, Ciro (left), Matteo (center), and Thiago (right), sample the first bottles of Más+ at Messi's home pitch in Ft. Lauderdale, Florida.

# BE MORE THAN A FAN

JOIN THE CLUB

# THINK POSITIVE.
# DRINK POSITIVE.

### GET MORE OUT OF LIFE.

 USA

EN   ES

FAQ

CONTACT

CAREERS

PRIVACY POLICY

TERMS AND CONDITIONS

DO NOT SELL MY PERSONAL INFORMATION

PRIVACY PREFERENCES

PROMOTIONAL T&C

PARTNERSHIPS & AMBASSADORS

Follow us on

Más+ by Messi™ is a trademark used under license by MÁS+ NEXT GENERATION BEVERAGE CO. Chicago, IL