David H. Bernstein (dhbernstein@debevoise.com)
Jyotin Hamid (jhamid@debevoise.com)
Shannon Selden (srselden@debevoise.com)
Megan K. Bannigan (mkbannigan@debevoise.com)
Timothy Cuffman (tcuffman@debevoise.com)
Jacob Hochberger (jhochberger@debevoise.com)
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, New York 10001
(212) 909-6000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK ANTHONY INTERNATIONAL SRL, MARK ANTHONY BRANDS INTERNATIONAL UNLIMITED COMPANY, and MAS+ NEXT GENERATION BEVERAGE CO.,<br><br>    Plaintiffs / Counterclaim Defendants<br><br>    v.<br><br>PRIME HYDRATION, LLC,<br><br>    Defendant / Counterclaim Plaintiff.<br><br>PRIME HYDRATION, LLC,<br><br>    Crossclaim Plaintiff,<br><br>    v.<br><br>LIONEL MESSI,<br><br>    Crossclaim Defendant. | Case No. 24-cv-07620 |

### DECLARATION OF PABLO NEGRE ABELLÓ

I, Pablo Negre Abelló, declare as follows:

1. I am the founder and chief executive officer of Jambo Sports & Marketing S.L.U., a sports marketing agency based in Barcelona, Spain.



Exhibit D

2. I make this declaration on personal knowledge in support of the pre-motion letter seeking a protective order precluding the deposition of Lionel Messi.

### Relationship with Lionel Messi

3. Mr. Messi is a highly successful professional football player, widely recognized as the greatest player in history. Mr. Messi is also world-famous. Mr. Messi has over 500 million followers on Instagram alone and many more across other social media platforms.

4. From 2004 to 2009, I was head of sponsorship and image rights of FC Barcelona, a professional football team for which Lionel Messi played. Since 2009, I have been the marketing and commercial manager for Lionel Messi's name, image, and likeness rights. In 2011, I founded Jambo Sports & Marketing S.L.U., which serves as external advisor to Mr. Messi regarding the management of Mr. Messi's image and trademark rights and through which I continue to represent Mr. Messi.

5. As Mr. Messi's marketing and commercial manager, I am responsible for managing most of all of Mr. Messi's commercial endorsements and sponsorships, including the use of his trademarks and image. Through my work, Mr. Messi has secured dozens of strategic commercial partnerships, endorsements, and sponsorships with global brands. I regularly work with the lawyers and other advisors of Mr. Messi's team as an external advisor to manage contractual negotiations as they relate to Mr. Messi's trademark and image rights, and I serve as Mr. Messi's representative in dealing with these partnerships. I am also responsible for ensuring that Mr. Messi satisfies his contractual obligations to each brand partner through appearances, photoshoots, film shoots, and other engagements. In this role, I communicate directly with Mr. Messi's brand partners, coordinate Mr. Messi's agenda and logistics for promotional events and other engagements, and personally attend meetings (including pitches) and appearances, such as

photoshoots. I have the responsibility for Mr. Messi's image rights management, in coordination with Mr. Messi's team, for liaising between brand partners and the rest of Mr. Messi's team concerning endorsement and other commercial relationships—in other words, I regularly speak directly with the brand partners of Mr. Messi, and I communicate any relevant information to the rest of Mr. Messi's management team.

6. Working on Mr. Messi's commercial portfolio constitutes the vast majority of my work.

7. Due to Mr. Messi's exceedingly demanding schedule and the breadth of his endorsement portfolio, he is unable to engage in any of the day-to-day decision-making involved with his business relationships. Although Mr. Messi personally attends certain pitches and meet-and-greets, I have never known him to communicate directly with commercial partners or sponsors outside of promotional activities. Instead, Mr. Messi trusts me, in collaboration with other members of Mr. Messi's management team, such as Montserrat Trapé, to safeguard his brand and approve the use of his trademarks, name, and image, so that he can focus on football.

### The Beginning of the MAS+ BY MESSI Project

8. In 2023, Mr. Messi's team sought an established beverage company with expertise in beverage development, sales, distribution, and marketing to develop a new hydration beverage brand for which Mr. Messi could hold an ownership stake and serve as the face of the brand.

9. In October 2023, I attended pitches for two beverage companies with Mr. Messi's team. Mark Anthony was one of those companies. We were impressed by Mark Anthony's global operations, success with innovative products, and creative vision.

10. On December 1, 2023, I attended a meeting with Mr. Messi and others from Mr. Messi's family and team. At the meeting, Mark Anthony presented us with the name "MÁS+ BY MESSI" and with an already-designed bottle. This was the first time I, Mr. Messi, or anyone else on Mr. Messi's team had received any information concerning MÁS+ BY MESSI, including regarding its proposed name and proposed packaging design.

11. Relying on Mark Anthony's considerable expertise in beverages and observing their enthusiasm for the project, Mr. Messi's team decided to pursue a relationship with Mark Anthony for the MÁS+ BY MESSI product. Members of Mr. Messi's team, including Ms. Trapé, negotiated with Mark Anthony to form an agreement governing the MÁS+ BY MESSI business. I was involved with this process insofar as it related to the requirements for the use of Mr. Messi's name, image, or likeness on the product. Mr. Messi did not personally direct or control the negotiations.

### My Role Concerning the MAS+ BY MESSI Project

12. As he has throughout our professional relationship, Mr. Messi and his team trust and expect me to handle certain details of his commercial partnerships, in collaboration with other members of Mr. Messi's team. The MÁS+ BY MESSI partnership was no different.

13. Of all people on Mr. Messi's management team, I am the most knowledgeable regarding the advertising and marketing for MÁS+ BY MESSI and regarding the use of Mr. Messi's name, image, and likeness in connection with the MÁS+ BY MESSI product, which is a central focus of Mr. Messi's management team. I am the member of Mr. Messi's management team primarily responsible for taking care of the use of Mr. Messi's likeness by the brand partners, I communicate with Mark Anthony through email and phone calls regarding the MÁS+

BY MESSI marketing strategy and advertising campaigns, and I communicate relevant information to the rest of Mr. Messi's management team.

14. As with all of Mr. Messi's commercial partnerships, I was (and am still) involved in approving portions of marketing text and images that included Mr. Messi's name, image, or likeness. In this role, I coordinated and attended a photoshoot with Mr. Messi for the MÁS+ BY MESSI product in May 2024. My subsequent work with MÁS+ BY MESSI included approving quotes from Mr. Messi, the use of his photograph on marketing materials, the use of his signature, Mr. Messi's story presented on the back of the MÁS+ BY MESSI bottle, and the flavor names related to Mr. Messi's career.

15. As Mr. Messi's commercial and marketing manager, I have attended all meetings that Mr. Messi has attended. I have also attended meetings at which Mr. Messi was not in attendance. For example, on March 19, 2024, I met with Scott Walton in Barcelona to discuss the MÁS+ BY MESSI business. Mr. Walton and I primarily discussed marketing and launch strategy. We also discussed updating the copy on the back of the bottle, Mr. Messi's signature, and the quotes from Mr. Messi. Mr. Messi did not attend this meeting.

16. Given my role as a liaison between brand partners and the rest of Mr. Messi's management team, I am privy to all (or virtually all) issues concerning the MÁS+ BY MESSI product that concern Mr. Messi's management team. I periodically notify other members of the management team of major milestones or other matters of interest concerning marketing materials for MÁS+ BY MESSI. For example, I notified members of the team about the label packaging texts and the marketing and launch plans.

17. I am not aware of any information concerning the MÁS+ BY MESSI product of which Mr. Messi is aware but of which I am not.

18. I understand that Prime is seeking to take my deposition in this case. I am willing to be deposed and am competent to testify to all of the matters described in this declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 11, 2025 in Barcelona, Spain.

_____
Pablo Negre Abelló